**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marie Lucie TONDREAU, a.k.a. Lucie Tondreau, Defendant–Appellant.**

**No. 15-11484**
**Non–Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Filed: 09/27/2016

Gera R. Peoples, Wifredo A. Ferrer, Lois A. Foster–Steers, Daniel Matzkin, Kathleen Mary Salyer, Emily M. Smachetti, Arimentha R. Walkins, U.S. Attorney's Office, MIAMI, FL, for Plaintiff–Appellee.

Benedict P. Kuehne, Michael Terrell Davis, Law Office of Benedict P. Kuehne, PA, MIAMI, FL, for Defendant–Appellant.

Before HULL and MARTIN, Circuit Judges, and WRIGHT,* District Judge.

PER CURIAM:

Marie Lucie Tondreau appeals her convictions and sentences for one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and four counts of wire fraud, in violation of 18 U.S.C. §§ 1342 and 1343. Regarding her conviction, Tondreau argues that the district court erred in denying her motions for judgment of acquittal and that the district

---

* Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, sitting by designation.

court committed cumulative evidentiary errors, warranting reversal. As to her sentence, Tondreau contends that the district court erred in imposing a two-level mass-marketing enhancement under U.S.S.G. § 2B1.1(b)(2)(A)(ii) and erred in declining to apply a two-point downward adjustment under § 3B1.2 for a minor role in the offense. After review and oral argument, we find no reversible error.

**AFFIRMED.**